447 A.2d 653

Commonwealth v. Jones, Appellant.

Submitted February 19, 1981. Elaine DeMasse, Assistant Public Defender, for appellant; Gaele McLaughlin Barthold, Assistant District Attorney, for Commonwealth, appellee.

Before CERCONE, P. J., MONTEMURO and VAN der VOORT, JJ.

The judgment of sentence of the lower court is affirmed.

447 A.2d 654

Commonwealth v. Lanigan, Appellant.
Petition for Allowance of Appeal Denied Oct. 8, 1982.

Argued November 13, 1979. John W. Murtaugh, for appellant; Howard C. Klebe, Assistant District Attorney, submitted a brief on behalf of Commonwealth, appellee.

Before CERCONE, P. J., MONTGOMERY and LIPEZ, JJ.

Judgment of sentence affirmed.